AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>David Loren Waldeck<br><br>Defendant(s) | Case No. MJ 22-76-M-KLD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____October 24th, 2022_____ in the county of _____Lake County_____ in the
_____ District of _____Montana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 841(a)(1) | Posession with intent to distribute fentanyl |
| 18 U.S.C. 841(a)(1) | Posession with intent to distribute methamphetamine |
| 18 U.S.C. 841(a)(1) | Posession with intent to distribute cocaine |
| 18 U.S.C. 846 | Conspiracy |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Moffet, Special Agent
*Printed name and title*

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __10/26/22__

/S/ Kathleen L DeSoto
*Judge's signature*

City and state: _____Missoula, MT_____   Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>David Loren Waldeck,<br><br>   Defendant. | MJ-22-76-M-KLD |

## Affidavit in Support of Criminal Complaint

1. I, Charles Moffet, hereafter referred to as your affiant, am a Special Agent with Department of Homeland Security, Homeland Security Investigations, being duly sworn, depose and state the following:

   a. I am currently employed as a Special Agent with the Department of Homeland Security, Homeland Security Investigations, presently assigned to the Resident Agent in Charge, Kalispell, Montana, office. I began my career as a Special Agent on October 27, 2019, with approximately ten years of local law enforcement experience prior to that. I have been involved in a number of investigations involving narcotics and have received training in this area. I have participated in numerous seizures of fentanyl, methamphetamine, and cocaine as well as subsequent arrests, including the detection and recovery of

1

      various dangerous drugs. I have also spoken with and been advised by other agents regarding narcotics investigations and their investigative techniques.

2. I make this affidavit in support of a criminal complaint charging David Loren WALDECK with knowingly and unlawfully possessing with intent to distribute fentanyl, methamphetamine, and cocaine as well as conspiring to do so, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

3. On October 24, 2022, investigators with the Flathead Tribal Police Department, Northwest Montana Drug Task Force (NWMDTF) and Homeland Security Investigations (HSI) received information that a substantial quantity of dangerous drugs were currently in Lake County for distribution. The source provided investigators with a vehicle description and a description of the source of supply, later identified as David Loren WALDECK.

4. Investigators were able to locate WALDECK driving in a red Dodge Charger (Washington License CBT7348, registered to WALDECK) and executed a vehicle stop on US Highway 93 and Minesinger Trail in Lake County, Montana. Upon contact with WALDECK (the lone occupant in the vehicle) investigators observed drug paraphernalia in plain sight. WALDECK refused

to let investigators search the vehicle, and it was seized pending a search warrant.

5. Investigators applied for and were granted a Montana district court search warrant to search the vehicle. Upon execution of the warrant, investigators located approximately 472.4 grams of suspected Fentanyl pills, approximately 863.9 grams of suspected methamphetamine (presumptive positive test) and approximately 516.6 grams of cocaine (presumptive positive test). Investigators also located U.S. Currency along with other items indicative of drug use and distribution.

6. Based on the above information, it is your affiant's belief probable cause exists to charge David Loren WALDECK with knowingly and unlawfully possessing fentanyl, methamphetamine, and cocaine with the intent to distribute, and conspiring to do so, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

_____
Charles Moffet, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, subscribed electronically and sworn to telephonically on October __26__, 2022.

/s/ Kathleen L Desoto
_____
United States Magistrate Judge Kathleen L. DeSoto

3